# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK GORDON KECKEISSEN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 09-4032 |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA** | : | |
| **PENNSYLVANIA, and any or all of its** | : | |
| political subdivisions, agencies, affiliates, | : | |
| subsidiaries, subsidiary and/or partly or | : | |
| fully-funded organizations, attorneys, | : | |
| judges, officials, employees, and/or agents, | : | |
| however denominated or organized, | : | |
| potentially liable for the claims herein | : | |
| asserted, including Doe Defendants 1-50, | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 20th day of July, 2010, upon consideration of the Motion to Dismiss Plaintiff's Complaint on Behalf of the Commonwealth of Pennsylvania (Document No. 8, filed November 6, 2009), and plaintiff's Opposition to "Motion to Dismiss Plaintiff's Complaint on Behalf of [Defendant] the Commonwealth of Pennsylvania" (Document No. 16, filed June 30, 2010), for the reasons set forth in the Memorandum dated July 20, 2010, **IT IS ORDERED** that plaintiff's Complaint for Damages and Injunctive Relief (Document No. 3, filed September 9, 2009) is **DISMISSED** for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

**BY THE COURT:**

　　　　　　　　　/s/ Jan E. DuBois　　　　　　　
**JAN E. DUBOIS, J.**